IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

OMNIBANK                                                                                       PLAINTIFF

V.                                          CIVIL ACTION NO. 3:11-cv-00372-CWR-FKB

MURRAY D. WIKOL                                                    DEFENDANT

## FINAL JUDGMENT

In accordance with the Summary Judgment agreed to by the parties and submitted to the Court on this date, and which disposed of the claims asserted in the Motion for Summary Judgment [Docket No. 10], the Court hereby enters this final judgment pursuant to Fed. R. Civ. P. 54 and further finds that there is no just reason to delay entry of this final judgment.

SO ORDERED AND ADJUDGED, this the 28th day of February 2012.

                                                                        /s/ Carlton W. Reeves
                                                                        United States District Court Judge